UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRA GOLD FARMS, INC., a Washington corporation; and AJ OCHOA CORPORATION, a Washington corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>INDUSTRIAL VENTILATION, INC., an Idaho corporation,<br><br>                Defendants. | NO: 2:18-CV-0393-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 118). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that this action in its entirety, including all claims asserted in the Complaint, be dismissed with prejudice and without costs or fees to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this entire action is **DISMISSED** with prejudice and without costs or fees to either party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED February 23, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2